THOMAS A. AMBROSE. (SBN 065041)
Attorney at Law
1590 Webster Street, Suite A
Fairfield, CA 94533
Telephone:    (707) 429-5550
Facsimile:     (707) 429-3560
E-mail:          ambroselawstaff@yahoo.com

Attorneys for Plaintiffs, Sharon Patterson, Maurice Patterson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sharon Patterson, Maurice Patterson<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>Depuy, Zimmer and Does 1 to 40,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:18-CV-03032-TLN-KJN<br><br>**DISMISSAL OF ENTIRE ACTION AS TO ALL DEFENDANTS WITH PREJUDICE; ORDER GRANTING DISMISSAL ENTIRE ACTION AS TO ALL DEFENDANTS WITH PREJUDICE** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　　Pursuant to Federal Rule of Civil Procedure 160 (Fed. R. Civ P. 16), Plaintiffs Sharon Patterson and Maurice Patterson through their respective attorneys of record, that all claims and actions in the above-captioned matter as to all Defendants, are dismissed in their entirety with prejudice; Each party to bear their own fees and costs.

Dated: June 23, 2020　　　　　　　　　　　　_____/s/ Thomas A. Ambrose_____
　　　　　　　　　　　　　　　　　　　　　THOMAS A. AMBROSE, Attorneys for Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　SHARON PATTERSON, MAURICE PATTERSON

**ORDER**

**IT IS ORDERED** the entire action as to all defendants with prejudice be Dismissed.

Dated:  June 25, 2020

_____
Troy L. Nunley
United States District Judge